UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: BARBARA ANN HEVEL                                CASE NO. 14-21109

DEBTOR(S)                                               CHAPTER 13
                                                        Judge Wise

## ORDER SUSTAINING
## JOINT MOTION TO APPROVE LOAN MODIFICATION

This matter is before the Court on the JOINT MOTION TO APPROVE LOAN MODIFICATION. Notice and Opportunity to object being afforded all parties so interested, and the Court being in all ways sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED,

1. The Trustee shall immediately cease any further distributions to Creditor;

2. The proposed loan modification agreement attached to the motion to Approve Loan Modification is hereby approved.

Pursuant to Local Rule 9022-1, Benjamin N. Wolff, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 and shall file with the court a certificate of service of the order upon such parties within 7 days hereof, including the following:

United States Trustee
Beverly M. Burden, Trustee
Seterus, Inc., fka IBM Lender Business Process Services, Inc.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Wednesday, May 30, 2018
(tnw)